IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL L. TOLLIVER SR.,                                    No. C 07-5967 VRW

        Petitioner,

  v.                                                    **JUDGMENT IN A CIVIL CASE**

ROBERT A. HOREL, et al.,

        Respondent.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in pursuant to the court's order dismissing the petition for a writ of habeas corpus without prejudice to filing a civil rights complaint under 42 USC 1983, judgment is entered for respondent.

Dated: December 5, 2007                                    Richard W. Wieking, Clerk

                                           By: _Cora Klein_____
                                         Deputy Clerk