UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DARRYL L. TOLLIVER SR., | Case Number: C07-5967 VRW |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. |  |
| ROBERT A. HOREL et al, |  |
| Respondent. |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl L. Tolliver H-36993
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: December 5, 2007

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk