IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL L TOLLIVER, ) | |
| ) Petitioner, ) | No C 07-5967 VRW (PR) |
| ) vs. ) | ORDER |
| ) ROBERT A HOREL, et al, ) | (Doc # 6) |
| ) Respondent(s). ) | |

      Petitioner has filed a motion for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b), which the court also construes as a notice of appeal.

      A certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right <u>and</u> that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v McDaniel</u>, 529 US 473, 484 (2000) (emphasis added).

      The clerk shall terminate the motion in docket item number 6 and forward to the court of appeals the case file with this order. See <u>United States v Asrar</u>, 116 F3d 1268, 1270 (9th Cir 1997).

      SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Tolliver, D1.or2.wpd